1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 ### EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| MICHAEL HALTOM, | ) | Case No.: 1:11-cv-01439-LJO-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | **WHY THIS CASE SHOULD NOT** |
| | ) | **BE TRANSFERRED** |
| MICHAEL J. ASTRUE, | ) | **FOR IMPROPER VENUE** |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

16

17      On August 25, 2011, Plaintiff filed the above-captioned action in this Court.  Plaintiff

18 seeks review of the Commissioner's denial of his application for benefits.  In his complaint,

19 Plaintiff alleges that because he is a resident of Fresno County, venue is proper in the Fresno

20 Division of the U.S. District Court for the Eastern District of California.   The Court finds

21 nothing in the record, however, that indicates Plaintiff currently resides in Fresno County or in a

22 county that is within the Fresno Division.  To the contrary, various documents in the

23 administrative record, such as the notice of the Appeals Council's June 24, 2011 denial of review,

24 were sent to Plaintiff in Thornton, California, which is in San Joaquin County.  AR 1.  San

25 Joaquin County cases are properly venued before the Sacramento Division of the Eastern

26 District.

27      Federal law is clear on the issue of venue: a claimant aggrieved by the Commissioner's

28 administrative decision must file suit in the judicial district in which he or she resides or has a

principal place of business.  42 U.S.C. § 405(g).  If a claimant files in the wrong district, the

Court may transfer venue to the proper district.  Because the evidence contained in the

Administrative Record does not comport with the Civil Cover Sheet that Plaintiff submitted as to

his place of residence, Plaintiff shall file a declaration under penalty of perjury setting forth his

address at the time he filed his complaint and his current address, to the extent it has changed

since August 25, 2011, including as numbered appendices documentary evidence sufficient to

support his declaration.  To the extent Plaintiff's place of residence is not within the Eastern

District of California or within the Fresno division of the Eastern District, Plaintiff must also

show cause why this case should not be transferred to the appropriate district court or division.

Accordingly, IT IS HEREBY ORDERED that **on or before January 4, 2013**:

1.       Plaintiff shall file a declaration signed under penalty of perjury setting forth his

place of residence at the time he filed the complaint in this matter and his current

residential address, to the extent it has changed since August 25, 2011; and

2.       To the extent Plaintiff's place of residence is not within the Eastern District or

within the counties of the Fresno Division of the Eastern District, Plaintiff shall

show cause why this case should not be transferred to the appropriate district or

division.

IT IS SO ORDERED.

**Dated:    December 20, 2012**                          **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE

2