IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HALTOM,

      Plaintiff,                                No. 2:13-cv-0227 KJM KJN

      vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.                           <u>ORDER</u>

_____/

        On February 15, 2013, the magistrate judge filed findings and recommendations (dkt. no. 27), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (dkt. no. 27) are ADOPTED.

2. Plaintiff's motion for summary judgment (dkt. no. 15) is GRANTED IN PART.

3. The Commissioner's cross-motion for summary judgment (dkt. no. 16) is DENIED.

4. The matter is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

5. Judgment is entered for plaintiff.

6. The Clerk of Court is directed to close this case.

DATED: September 25, 2013.

_____
UNITED STATES DISTRICT JUDGE